UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE #1,

                Plaintiff,

       -against-                           24-CV-9542 (LTS)

2001 ARTHUR LLC; YOEL SCHAEFAR;       ORDER DIRECTING ADDRESS
JOHN DOE #2,

                Defendants.

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who filed this action under the pseudonym John Doe, proceeds *pro se*.[1] Plaintiff did not provide his mailing address or consent to accept electronic service of documents. The Court therefore directs Plaintiff, within 30 days of the date of this order, to provide his mailing address for service of documents or submit a consent to accept electronic service and an email address. A consent to electronic service form is attached to this order. Plaintiff may request that the Clerk of Court keep this information under seal until the court addresses his motion to proceed anonymously.

      No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

      The Clerk of Court is directed to provide a copy of this order to Plaintiff should he appear at the court's Pro Se Intake window.[2]

---

[1] Plaintiff also filed a motion seeking to proceed anonymously. (ECF 3.)

[2] Because Plaintiff does not provide a mailing address or email address, the Clerk of Court is unable to mail a copy of this order to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 14, 2025
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge