UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

      v.

2001 ARTHUR LLC, YOEL SCHAEFAR and JOHN DOE #2,

                Defendants.

No. 24-cv-9542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 10, 2015, Plaintiff filed proof of service on the docket for Defendants 2001 Arthur LLC and Yoel Schaefar.[1]  *See* Dkt. Nos. 15, 16.  No later than July 29, 2025, 2001 Arthur and Shaefar shall file a response to Plaintiff's motion to proceed anonymously.  Plaintiff shall file any reply by August 12, 2025.

SO ORDERED.

Dated:    July 15, 2025
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge

---

[1] Plaintiff has yet to file proof of service for Defendant John Doe #2.