UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE #1,<br><br>       Plaintiff,<br><br>   v.<br><br>2001 ARTHUR LLC, YOEL SCHAEFAR and JOHN DOE #2,<br><br>       Defendant. | No. 24-cv-9542 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On December 10, 2025, Plaintiff John Doe #1 filed a motion to proceed anonymously. Dkt. No. 3. In determining whether a plaintiff may remain anonymous, the Court must balance "the plaintiff's interest in anonymity . . . against both the public interest in disclosure and any prejudice to the defendant." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). Here, Doe has made a preliminary showing that his interest in anonymity outweighs the public interest and any prejudice to Defendants, in light of the acute risk of disclosing his identity given his HIV-positive status. *See Roe v. City of New York*, 151 F. Supp. 2d 495, 510–11 (S.D.N.Y. 2001) ("Other courts have appropriately recognized that HIV-positive plaintiffs are in a highly sensitive position and therefore should be allowed to proceed anonymously."). Because Defendants have not yet appeared or taken the opportunity to oppose Doe's application, his motion

to proceed anonymously is granted, at least for the time being. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 3.

SO ORDERED.

Dated:   August 8, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge