UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

      v.

2001 ARTHUR LLC, YOEL SCHAEFAR and JOHN DOE #2,

                Defendants.

No. 24-cv-9542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 8, 2025, Plaintiff John Doe filed a motion to seal his motion for default judgment, which includes medical records and other information that might be used to discern his identity. Dkt. No. 32. As an interim measure, the Court has temporarily placed his motion for default judgment under seal, pending its resolution of his formal motion to seal. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at his listed address

SO ORDERED.

Dated:    September 12, 2025
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge