UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>    v.<br><br>2001 ARTHUR LLC, YOEL SCHAEFAR and JOHN DOE #2,<br><br>       Defendant. | No. 24-CV-9542 (RA)<br><br>ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT |

RONNIE ABRAMS, United States District Judge:

  Plaintiff John Doe, having moved the Court for Default Judgment against Defendants 2001 Arthur LLC and Yoel Schaefar; and the Clerk of Court, having entered a Certificate of Default against Defendant on August 4, 2025:

  IT IS HEREBY ORDERED THAT the above-named Defendants show cause before Judge Ronnie Abrams in a telephonic hearing occurring on October 31, 2025 at 3:00 p.m. (Dial-in Number: (855) 244-8681; Meeting ID: 23055424735), why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint;

  IT IS FURTHER ORDERED that Plaintiff shall, by September 26, 2025, serve this Order to Show Cause and supporting papers on Defendants.[1]  Defendants shall file any responsive papers by October 3, 2025 and Plaintiff shall file any reply by October 10, 2025;

  IT IS FURTHER ORDERED THAT Plaintiff shall, by October 3, 2025, file an affidavit of service affirming that his motion for default judgment and this Order to Show Cause and supporting papers were served on Defendants; and

  IT IS FURTHER ORDERED that Plaintiff file by September 26, 2025 a proposed default

---

[1] Plaintiff is advised that he may serve these documents on Defendants either by personal service (as he did for the certificate of default, Dkt. Nos. 22–25) or by mailing the documents to 2001 Arthur LLC's last known business address and Yoel Schaefar's last known residence.  *See* SDNY Local Rule 55.2(a)(3).

judgment, consistent with Judge Abrams' Individual Rules of Practice.

SO ORDERED.

Dated: September 12, 2025
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge