Application granted. The Court will issue an opinion and order on Doe's claims in the coming weeks.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 31, 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

————————————————X

John Doe,

    Plaintiff,

       v.

2001 Arthur LLC, et al.,

    Defendants.

————————————————X

Case No. 24-CV-9542 (RA)

LETTER MOTION REQUESTING DECISION ON THE PAPERS OR, IN THE ALTERNATIVE, SPECIAL ACCESS INSTRUCTIONS FOR OCTOBER 31 HEARING

October 29, 2025

Via ECF

Hon. Ronnie Abrams

United States District Judge

Southern District of New York

40 Foley Square

New York, NY 10007

---

Dear Judge Abrams:

Plaintiff respectfully submits this letter motion regarding the upcoming October 31, 2025 hearing in the above-captioned matter.

Pursuant to the Court's prior orders, a hearing by telephone has been scheduled to address Plaintiff's motion for default judgment. Plaintiff respectfully requests that the Court decide the motion on the papers without requiring personal attendance. In the alternative, should the Court

deem a conference necessary, Plaintiff requests special or limited access instructions for the phone hearing.

In support of this request, Plaintiff states the following:

1. Non-Participation of Defendants:

   Neither Defendant 2001 Arthur LLC nor Defendant Yoel Schaefer has participated in these proceedings in any manner since service was effectuated by Plaintiff and the U.S. Marshal Service at the inception of this case. Default has already been entered.

2. Sensitive Health Information:

   The causes of action involve medically sensitive and private information regarding Plaintiff and a minor child. The evidence and discussion required to adjudicate this motion necessarily involve disclosure of personal health information. A telephone hearing using publicly accessible dial-in instructions could risk disclosure of this information and potentially allow third parties to identify Plaintiff, despite the pseudonym "John Doe."

3. Request for Special Measures:

   If the Court insists on proceeding with a conference rather than deciding on the papers, Plaintiff respectfully requests that the Court issue special instructions to ensure that only the Court and the parties have access. The existing public dial-in procedures could compromise the privacy of the parties and the confidentiality of medical and personal information central to this case.

For these reasons, Plaintiff respectfully requests that the Court decide Plaintiff's motion for default judgment on the submitted papers without requiring attendance. In the alternative, Plaintiff requests that the Court issue special access instructions for the scheduled phone hearing to preserve the confidentiality of sensitive information.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,


John Doe

Plaintiff, Pro Se