UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jon Doe,

Plaintiff,


v.                          Case No. 22-CV-9542 (RA)


2001 Arthur LLC, et al.,

Defendants.


MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT

Plaintiff Jon Doe, proceeding pro se, respectfully submits this motion for a brief extension of time to file an amended complaint.

On January 29, 2026, the Court issued an order dismissing the original complaint and granting Plaintiff 60 days to amend. Plaintiff has diligently taken steps to correct the deficiencies identified by the Court. As a pro se litigant without the resources to obtain counsel, Plaintiff respectfully requests the Court's indulgence and seeks a five-day extension, up to and including April 5, 2026, to submit the amended complaint.

Plaintiff respectfully submits this request and apologizes for any inconvenience.


Respectfully submitted,


Jon Doe


Date: March 27, 2026


Application granted.

The Clerk of Court is requested to mail a copy of this endorsement to Plaintiff John Doe at his listed address.

SO ORDERED.

Hon. Ronnie Abrams
March 31, 2026