UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

v.

2001 ARTHUR LLC, YOEL SCHAEFAR, JOHN DOE #1, 1021 MCDONALD LLC,

Defendants.

24-CV-9542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 3, 2025, Plaintiff John Doe, proceeding *pro se*, moved to seal his default judgment motion and associated exhibits. *See* Dkt. 29. On January 29, 2026, the Court declined to seal the default judgment motion in its entirety but granted Plaintiff leave to file proposed redactions to his default judgment motion and associated exhibits within 60 days. *See* Dkt. 46. To date, no proposed redactions have been filed.

Plaintiff is directed to file proposed redactions to his default judgment motion and associated exhibits no later than October 30, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 9, 2026
New York, New York

Ronnie Abrams
United States District Judge