UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>2001 ARTHUR LLC, YOEL SCHAEFAR, JOHN DOE #1, 1021 MCDONALD LLC,<br><br>Defendants. | 24-CV-9542 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 3, 2025, Plaintiff John Doe, proceeding *pro se*, moved to seal his default judgment motion and associated exhibits. *See* Dkt. 29. On January 29, 2026, the Court declined to seal the default judgment motion in its entirety but granted Plaintiff leave to file proposed redactions to his default judgment motion and associated exhibits within 60 days. *See* Dkt. 46. On October 9, 2026, after Plaintiff failed to file proposed redactions, the Court instructed Plaintiff "to file proposed redactions to his default judgment motion and associated exhibits no later than October 30, 2026" and warned Plaintiff that "[f]ailure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b)." Dkt. 54. To date, no proposed redactions have been filed.

Plaintiff is hereby instructed to file proposed redactions to his default judgment motion and associated exhibits no later than November 20, 2026. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is further advised that, if he seeks legal assistance, he may consult with the City Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases. The

Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at his listed address.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Ronnie Abrams
United States District Judge